PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARINDER SINGH GILL,<br><br>                    Plaintiff,<br><br>        v.<br><br>USCIS, ET AL.,<br><br>                    Defendants. | CASE NO.  1:23-CV-01637 JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's lawful permanent residence application, which Plaintiff filed with U.S. Citizenship and Immigration Services ("USCIS") on July 12, 2022. On January 17, 2024, USCIS issued a request for evidence ("RFE") to Plaintiff, and Plaintiff's response is due by April 13, 2024. Following receipt of Plaintiff's RFE response, the parties anticipate that USCIS will soon be able to complete the adjudication, which is expected to render this lawsuit moot.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is May 13, 2024.  The parties further request that the Initial Scheduling Conference set for February 20, 2024 and all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  January 19, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ CHRISTINA CASTRO
CHRISTINA CASTRO
Counsel for Plaintiff

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Defendants to file an answer or other dispositive pleading is extended to May 13, 2024.  The Initial Scheduling Conference currently set for February 20, 2024, is continued to **June 25, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **January 22, 2024**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE